PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL W. POWERS, Respondent, *v.* EDWIN A. KALBFLEISCH et al., as Assessors of the City of Rochester, Appellants.

*People ex rel. Powers* v. *Kalbfleisch,* 25 App. Div. 432, appeal dismissed. (Argued June 7, 1898; decided June 7, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 14, 1898, upon an order affirming a judgment of the Special Term entered upon an order directing, on certiorari, the reduction of an assessment against relator's property for taxes.

*John F. Kinney* for appellants.

*Roy C. Webster* for respondent.

Appeal dismissed on argument, with costs.

---

EMELINE LEE, Appellant, *v.* MARY A. TIMKEN, Respondent.

*Lee* v. *Timken,* 23 App. Div. 349, appeal dismissed. (Argued June 13, 1898; decided June 13, 1898.)

MOTION to dismiss an appeal from an interlocutory judgment entered March 23, 1898, upon an order of the Appellate Division of the Supreme Court in the first judicial department, affirming an interlocutory judgment in favor of defendant, entered upon a decision of the court overruling a demurrer to the second defense to the answer on trial at Special Term.

*George E. Mott* for motion.

*V. Wright Kingsley* opposed.

Appeal dismissed for want of certificate of Appellate Division, as the action is not finally determined, with costs of appeal and ten dollars cost of motion.